AARON D. FORD
  Attorney General
JESSICA BROWN (Bar No. 14487)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-7629 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Interested Party,
Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>Plaintiff,<br><br>v.<br><br>L. ANDERSON, *et al.*,<br><br>Defendants | Case No. 2:22-cv-02090-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party Nevada Department of Corrections by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jessica Brown, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; Interested Party Clark County School District, by and through, Patrick Murch, Clark County School District, Office of General Counsel; and Plaintiff, Jamal Damon Hendrix #1083418, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /

/ / /

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 30th day of June, 2023.

Jamal Damon Hendrix
Plaintiff, *Pro Se*

DATED this 30th day of June, 2023.
AARON D. FORD
Attorney General

By: /s/ Jessica Brown .
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

DATED this 30th day of June, 2023.
Clark County School District

By: /s/ Patrick Murch .
Patrick Murch, (Bar No. 10162)
*Attorneys for Defendant, Ann Froby*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  August 1 , 2023.

_____
UNITED STATES DISTRICT JUDGE